**4/17/2015**                                                    **COA No. 01-13-00299-CR**
**SCHIELE, ROBERT EARL     Tr. Ct. No. 22467**                   **PD-0264-15**
The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

1ST COURT OF APPEALS CLERK
CHRISTOPHER A. PRINE
301 FANNIN
HOUSTON, TX 77002-7006
* DELIVERED VIA E-MAIL *